UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

Robert J. Clemons,                          Case No. 1:21-cv-1970

         Petitioner,

v.                                                ORDER AND
                                                     JUDGEMENT ENTRY

Warden Leon Hill,

         Respondent.

On December 16, 2024, United States Magistrate Judge Amanda M. Knapp issued a Report and Recommendation ("R & R") recommending I deny Petitioner's habeas corpus petition brought with the assistance of counsel and pursuant to 28 U.S.C. § 2254 because the sole ground for relief raised in the petition is not cognizable on federal habeas review and is without merit. (Doc. No. 11). In the R & R, she notified the parties:

> Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after being served with a copy of this document. Failure to file objections within the specified time may forfeit the right to appeal the District Court's order. *See Berkshire v. Dahl*, 928 F.3d 520, 530 (6th Cir. 2019); *see also Thomas v. Arn*, 474 U.S. 140 (1985).

(*Id.* at 17).

More than fourteen days have passed, and no party has filed any objection to Judge Knapp's R & R. I consider their failure to file objections to "constitute a waiver of subsequent review," Local R. 72.3(b), and adopt Judge Knapp's R & R in its entirety as the final Order of this Court. Petitioner's petition is denied, and this case is closed.

So Ordered.

                                                            s/ Jeffrey J. Helmick
                                                           United States District Judge